**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1307

GIL W. JONES,

                    Plaintiff - Appellant,

          v.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-03429-RDB)

Submitted:  July 28, 2011           Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gil W. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gil W. Jones appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Dep't of Pub. Safety & Corr. Servs., No. 1:10-cv-03429-RDB (D. Md. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED